No. 831. GUARANTY TRUST CO., TRUSTEE, ET AL. *v.* SECURITIES & EXCHANGE COMMISSION;

No. 832. GUARANTY TRUST CO., TRUSTEE, ET AL. *v.* STANDARD GAS & ELECTRIC CO. ET AL.; and·

No. 833. GUARANTY TRUST CO., TRUSTEE, ET AL. *v.* STANDARD GAS & ELECTRIC CO. March 25, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Thomas O'G. FitzGibbon, Paul P. Eagleton* and *Spencer Pinkham* for petitioners. *Solicitor General McGrath, Roger S. Foster, David K. Kadane* and *David L. Ferber* for the Securities & Exchange Commission, and *A. Louis Flynn, Abner Goldstone* and *Jacob K. Javits* for the Standard Gas & Electric Co., respondents.

No. 606. ODOM *v.* UNITED STATES. March 25, 1946. The order of March 11 granting the petition for writ of certiorari, *ante,* p. 773, is vacated. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Benjamin E. Pierce* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 677. QUICK ET AL. *v.* ASHE, WARDEN, ET AL. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.